**NACH, RODGERS, HILKERT & SANTILLI**
2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Adam B. Nach - 013622
Ross M. Mumme – 029956
Email: adam.nach@NRHSLaw.com
　　　ross.mumme@NRHSLaw.com
　　　docket@NRHSLaw.com

*Attorneys for Stanley J. Kartchner, Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SCOTT MICHAEL NEIL,<br><br>　　　　　Debtor. | (Chapter 7 Case)<br><br>No. 2:25-bk-04066-BKM<br><br>**TRUSTEE'S APPLICATION FOR PRODUCTION OF DOCUMENTS AND ORAL EXAMINATION PURSUANT TO F.R.B.P. 2004 (TELEPHONIC)** |

　　　　Stanley J. Kartchner, Trustee, by and through his undersigned, herein files this *Application for Production of Documents and Oral Examination Pursuant to F.R.B.P. 2004* ("**Application**") which seeks an Order directing Scott Michael Neil ("**Debtor**") to produce documents and appear for examination under oath pursuant to F.R.B.P. 2004. For his Application, Stanley J. Kartchner, Trustee, respectfully represents as follows:

**MEMORANDUM OF POINTS AND AUTHORITIES**

　　　　1. Scott Michael Neil ("**Debtor**") filed his Voluntary Petition under Chapter 7 of Title 11 on May 6, 2025.

　　　　2. Stanley J. Kartchner is the duly appointed and acting trustee in this case ("**Trustee**").

　　　　3. Trustee desires to examine Debtor as to acts, conduct, property, liabilities and financial condition, among other matters which would affect this estate and its administration.[1] Exhibit "A" details the information Trustee desires to review.

　　　　4. A motion and order for a Rule 2004 examination may be made and granted ex parte, see Advisory Committee Note to Rule 2004, and without notice to examinee. *In re Good Hope*

---

[1] Unless the Court orders otherwise, any documentation obtained pursuant to this request shall be subject to review by the United States Trustee Program.

*Refineries, Inc.,* 9 B.R. 421, 422 (Bankr. D. Mass. 1981). Both the debtor and "third parties" are vulnerable to the extensive discovery the rule permits. *In re Wilcher,* 56 B.R. 428, 434 (Bankr. N.D. Ill. 1985). The examination may include questions concerning the liabilities and financial condition of the debtor or any matter which may affect the administration of the estate. The scope of the inquiries is determined by the relevance of the information sought to the continued administration of the bankruptcy estate. *In re Cinderella Clothing Industries, Inc.,* 93 B.R. 373, 378-9 (Bankr. E.D. Pa. 1988).

     5. Trustee has considered the requirements of F.R.B.P. 2004(e) and determined that the Debtor resides not more than 100 miles from the place of the examination; nevertheless, Trustee will conduct the examination telephonically

     WHEREFORE, Stanley J. Kartchner, Trustee respectfully requests that this Court issue its Order directing Scott Michael Neil to produce the documents detailed in Exhibit "A" and to appear telephonically for an electronically recorded oral examination on a date and time agreeable to the parties or, if upon notice, after not less than 28 days' notice.

     RESPECTFULLY SUBMITTED this 19th day of September, 2025.

**NACH, RODGERS, HILKERT & SANTILLI**

By: */s/ Adam B. Nach*
    Adam B. Nach
    Ross M. Mumme
    *Attorneys for Trustee*

COPY of the foregoing mailed/emailed to:

Scott Michael Neil
17748 N. 93rd Street
Scottsdale, AZ 85255
Debtor

Diane L. Drain
Law Office of D.L. Drain, PA
2375 E. Camelback Rd., Ste. 600
Phoenix, AZ 85016
Email: ddrain@DianeDrain.com
Attorney for Debtor

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: ustpregion14.px.ecf@usdoj.gov
Email: Renee.S.Shamblin@usdoj.gov

By: */s/ Kay Lucas*

# EXHIBIT A

## I. DEFINITIONS.

A. As used herein, "**Debtor**" means Scott Michael Neil.

B. As used herein, "**Accounts**" means any bank account maintained by any financial institution in the name of the Debtor (**or his mother, or any third party**) or held in connection with anyone else including business accounts, including but not limited to, the listed checking, savings, or investment accounts (below).
   a. Bank of America #4775
   b. Chase Bank #7769
   c. Chase Bank #9582
   d. Chase Bank #5414
   e. Chase Bank #5430
   f. Chase Bank #9311
   g. Fidelity
   h. Robinhood
   i. Chase #5371
   j. Chase 3938
   k. US Bank

## II. REQUEST FOR DOCUMENTS.

1. Provide copies of any and all bank statements for all Accounts (whether scheduled above or not), covering the time period of May 6, 2023 through August 18, 2025.

2. Provide copies of all cancelled checks in excess of $500.00 from all Accounts for the time period of May 6, 2023 through August 18, 2025.

3. For any of the above accounts that were closed during the time period for which statements are being requested, please provide a brief narrative explaining the date of closure, and provide all statements during the requested timeframe up until closure, as well as the final closing statement for the account.

4. Provide a copy of the Deed to any real property owned by Debtor in the ten years prior to the petition filing date. Provide copies of the relevant closing documents/final settlement sheet.

5. Proof of the source of funds used as a down payment on Debtor's real property located at 17748 N. 93rd Street, Scottsdale, AZ 85255. Acceptable Proof of the source of funds would include wire transfer receipts for the outgoing account and/or a statement from the outgoing account, showing the wire transfer for the down payment.

6. Provide a copy of the Deed to any real property transferred by Debtor, in the ten years leading up to the petition filing date.

7. Provide a copy of any title/registration/bill of sale for any automobiles, boats, personal watercraft, RVs, ATVs, airplanes, or other motor vehicles of any kind that were transferred by Debtor in the four years leading up to the petition filing date.

8. Provide copies of any and all documentation related to any ownership interests in any intellectual property, include trademarks and copyrights. Include an accounting of any funds received related to the intellectual property within the 24 months pre-petition.

9. Copies of the most recent profit and loss statement, balance sheet, and tax returns for any business in which the Debtor has an interest.

10. Copies of any trusts and amendments in which the Debtor has an interest

11. Copy of a recent payoff statement of any loan encumbering any vehicle or real property.

12. 2024 and 2025 (upon completion) state and federal tax returns (individual returns and business returns).

13. Copy of homeowner's insurance policy, including any riders for personal property like jewelry.

14. Any recent appraisals for real property or personal property.

15. Copies of statements for any and all retirement account or investment account for the one-year period prior to the Petition Date through September 18, 2025.

16. Copies of vehicle insurance for any vehicle in which Debtor has an interest.

17. Copy of any pre or post nuptial agreement.

18. Documentation related to any ownership interest in any AI teacher planning software.

19. Copies of travel itinerary or any post-petition trip paid for/booked pre-petition.